IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00023 (WLS-TQL-1) |
| | : |
| KENDRICK TERRELL PRYOR, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is an Unopposed Motion to Continue Trial filed by Defendant on May 8, 2023. (Doc. 20). Therein, Defendant requests the Court to continue the May 16, 2023, pretrial conference and the June 5, 2023, trial term. (*Id.*) Defense Counsel explains that discovery from the Government was received on April 19, 2023, but Defense Counsel has not had a chance to review it or investigate matters that she discussed with Defendant regarding the next steps. (*Id.*) Defense Counsel also notes that she conferred with the Government about the continuance and that the Government does not oppose the instant motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Unopposed Motion to Continue Trial (Doc. 20) is **GRANTED.** Accordingly, it is **ORDERED** that the May 16, 2023, pretrial conference specifically set for is **CANCELED**. The Court further **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the **Valdosta Division November 2023 trial term** beginning on November 6, 2023, and its conclusion, or as may

1

otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this ___11th___ day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**